UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. ALVIS,<br><br>             Plaintiff,<br><br>vs.<br><br>AT&T INTEGRATED DISABILITY SERVICE CENTER, INDIVIDUALLY AND AS ADMINISTERED BY SEDGWICK CMS, SEDGWICK CMS, [sic] and DOES 1 through 30, inclusive,<br><br>             Defendants. | Case No. 2:07-cv-00984-MCE-DAD<br><br>**ORDER GRANTING CONTINUANCE FOR DEFENDANTS' INITIAL RESPONSIVE SUBMISSION AND FOR THE PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to stipulation between the parties and good cause appearing therefore:

IT IS HEREBY ORDERED,

1. That defendant PG&E is to file its initial responsive pleading in this case by August 6, 2007.

2. That the last day for the parties to file a Joint Case Management Statement is August 20, 2007.

DATED: July 23, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

[