UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. ALVIS,<br><br>             Plaintiff,<br><br>vs.<br><br>AT&T INTEGRATED DISABILITY SERVICE CENTER, INDIVIDUALLY AND AS ADMINISTERED BY SEDGWICK CMS, SEDGWICK CMS, [sic] and AT&T INCOME DISABILITY PLAN,<br><br>             Defendants. | Case No. 2:07-cv-00984-MCE-DAD<br><br>**ORDER GRANTING CONTINUANCE FOR THE PARTIES TO FILE A JOINT STATUS REPORT** |

Pursuant to stipulation between the parties and good cause appearing therefore:

IT IS HEREBY ORDERED,

1. That the last day for the parties to file a Joint Status Report is September 20, 2007.

Dated: August 23, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1