UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. ALVIS, | No. 2:07-cv-00984-MCE-DAD |
| Plaintiff, | |
| v. | <u>AMENDED PRETRIAL (STATUS) SCHEDULING ORDER</u> |
| AT&T INTEGRATED DISABILITY SERVICE CENTER, individually and as administered by SEDGWICK CMS, et al., | |
| Defendants. | |

After reviewing Plaintiff's Objection to Pretrial Scheduling Order, the Court makes the following Order.

I.   <u>JURISDICTION/VENUE</u>

Jurisdiction is predicated upon 28 U.S.C. section 1331 and 29 U.S.C. section 1132(e)(1). Jurisdiction and venue are not contested.

II.  <u>TRIAL</u>

This case is governed by ERISA, therefore, all evidence for trial will be limited to the administrative record. The parties may move to admit evidence outside the administrative record.

///

1

The filing of the written administrative record shall be filed not later than **March 2, 2009**.  The Memorandum of Fact and Law shall be filed not later than **March 2, 2009**.

The Court orders the issues of ERISA and emotional distress and punitive damages to be bifurcated for purposes of trial.

A court trial on the ERISA claim is scheduled for **June 8, 2009 at 9:00 a.m.** in Courtroom 7.  The estimated length of trial is **five (5) days**.  Counsel are to call Stephanie Deutsch, Courtroom Deputy, at (916) 930-4207, by **June 1, 2009** to ascertain the status of the trial date.  A jury trial for the remaining claims will be scheduled, if necessary, at a later date.

III.  <u>TRIAL BRIEFS</u>

The parties are free to brief any additional points of law necessary for resolution at trial.  Counsel are directed to Local Rule 16-285 regarding the content of trial briefs.  Trial briefs **must** be filed by **May 5, 2009**.

IV.  <u>MOTION HEARING SCHEDULE</u>

In the event any motions are filed in this case, they shall be heard <u>no</u> <u>later</u> <u>than</u> **December 8, 2008**.  The parties are responsible for ensuring that any motions are filed to allow for proper notice of the hearing under the Federal Rules of Civil Procedure and/or Local Rules.  Available hearing dates may be obtained by calling Stephanie Deutsch, Deputy Courtroom Clerk, at (916) 930-4207.

///
///
///
///

    V.    <u>AUDIO/VISUAL EQUIPMENT</u>

The parties are required to make a joint request, in writing to the Courtroom Deputy, Stephanie Deutsch, by **May 1, 2009** if they wish to reserve and arrange for orientation with all parties on the Court's mobile audio/visual equipment for presentation of evidence.  There will be one date and time for such orientation. Because each courtroom is not individually equipped with the mobile audio/visual equipment, the equipment may already be reserved for another courtroom.  In such, case, the parties will need to consult with Ms. Deutsch if they wish to furnish their own equipment and operator with the permanent equipment in the courtroom.

    VI.    <u>OBJECTIONS TO PRETRIAL SCHEDULING ORDER</u>

This Status Order will become final without further order of the Court unless objections are filed within seven (7) *court* days of service of this Order.

    IT IS SO ORDERED.

Dated: June 16, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3