UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. ALVIS,

    Plaintiff,

vs.

AT&T INTEGRATED DISABILITY SERVICE CENTER, INDIVIDUALLY AND AS ADMINISTERED BY SEDGWICK CMS, SEDGWICK CMS, [sic] and AT&T INCOME DISABILITY PLAN,

    Defendants.

Case No.  2:07-cv-00984-MCE-DAD

**ORDER GRANTING CONTINUANCE FOR LAST DAY TO HEAR MOTIONS**

Pursuant to stipulation between the parties and good cause appearing therefore:

IT IS HEREBY ORDERED,

Any motion filed in this case shall be heard no later than February 17, 2009.

The written administrative record shall be filed no later than May 15, 2009.

The Memorandum of Fact and Law shall be filed no later than May 15, 2009.

The June 8, 2009 Court Trial is VACATED and RE-SET for August 17, 2009 at 9:00 a.m.

DATED: October 29, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE